ORIGINAL

# FILED

AUG 1 0 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile:  (408) 354-5513

5  Trustee for Debtor

6

7

8              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                   SAN JOSE DIVISION

10

11 In Re:                          )  Chapter 13
                                   )
12 JERRY DOMINGUEZ                 )  Case No. 06-51468 CN
                                   )
13                                 )  **NOTICE OF UNCLAIMED DIVIDEND**
                                   )
14              Debtor             )
                                   )
15 _____)

16 TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

17    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above
   referenced case hereby turns over to the Court, Check # 2473102 for an unclaimed dividend
18 in the amount of $10.87.  The name and address of the claimant entitled to the unclaimed
19 dividend is as follows;

20              JERRY DOMINGUEZ
                13 FAIRFAX CIR
21              SALINAS, CA  93901

22

23
   Dated: August 04, 2010              _____
24                                     DEVIN DERHAM-BURK, TRUSTEE

25

26

27

28